1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT BISHOP,

11            Plaintiff,                    No. CIV S-11-0095 EFB P

12        vs.

13   KELLY HARRINGTON, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He requests leave to proceed *in forma pauperis* and the appointment of counsel.

18        Plaintiff alleges violations of his civil rights in Kern County and Kings County,

19   California.  Kern County and Kings County are in the Fresno Division of this court and this

20   action should have been commenced there.  *See* Local Rule 120(d).  The court has not yet ruled

21   on plaintiff's requests to proceed *in forma pauperis* and for the appointment of counsel.

22        Accordingly, it is hereby orderd that:

23        1.  This action is transferred to the Fresno Division.

24        2.  The Clerk of Court shall assign a new case number.

25   ////

26   ////

1

1        3.  All future filings shall bear the new case number and shall be filed at:

2                    United States District Court
                     Eastern District of California
3                    2500 Tulare Street
                     Fresno, CA 93721
4

5    DATED:  January 18, 2011.

6                                                    _____
                                                     EDMUND F. BRENNAN
7                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26